**SOUTH AUSTIN SURGERY CENTER**
**4207 James Casey Ste #203**
**Austin, Texas 78745**

**OPERATIVE REPORT**

**PATIENT NAME:** ARGUELLO, JESSICA
**PATIENT ACCOUNT:** 22963.
**SURGEON:** Jeffrey T. Jobe, MD
**DATE OF PROCEDURE:** 01/09/2020

**ADDENDUM**

**COMPLICATIONS:** It was brought to my attention approximately one hour after the procedure that instead of the local anesthetic mixture of 1% lidocaine plain with epinephrine and 0.25% Marcaine plain that a specimen cup had been placed on the back table of the surgical field mislabeled and was actually formalin. This would have been injected into the soft tissues in lieu of the local anesthesia. In the recovery room, the patient had significant pain. Anesthesia provided a nerve block for the uncontrolled pain. It was after this that the mislabeled container had been identified correctly as formalin.

Myself and our anesthesiologist, Dr. Katherine Kohls had a conference call with the poison control hotline and the toxicologist, Dr. Ryan Morrissey. We discussed the amount of formalin injected in the solution. I enquired about urgent surgical debridement and this is not recommended for formalin injected as this acts like a chemical burn and the injury is effective upon contact. The patient has been transferred to South Austin Medical Center for monitoring. I have discussed this frankly with the patient and her family who was present, discussed the nature of the incident, and the possibility of short and long-term sequelae including but not limited to methanol toxicity, formaldehyde toxicity, systemic end-organ damage, and local soft tissue necrosis in the area of the injection. We will continue to monitor her closely upon transfer. The patient and her family verbalized understanding of the situation.

Jeffrey T. Jobe, MD
JTJ/cc/00027193/64227285
D: 01/09/2020 16: 12
T: 01/09/2020 23: 27

**EXHIBIT B**